Opinion issued December 2, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00882‑CV

———————————

CONTINENTAL PRODUCTION SERVICES, INC.; CRAIG A. CORBELL, II; AND SOUTHERN
OPERATING SERVICES, LLC, Appellants

V.

JAMES MOFFITT, Appellee



 



 

On Appeal from the 165th District Court

Harris County, Texas



Trial Court Case No. 2009‑37186

 



 

MEMORANDUM OPINION

          After appellants Continental Production Services, Inc., Craig
A. Corbell, II, and Southern Operating Services, LLC filed their notice of
appeal of the trial court’s September 18, 2009 temporary injunction, they and
appellee James Moffitt filed a joint motion to dismiss the trial court case.  On August 30, 2010, the trial court signed a
final judgment dismissing the case.  The
Clerk of this Court notified the parties that the appeal would be dismissed as
moot unless they filed a response.  See Tex.
R. App. P. 42.3(b).  No response
has been filed.

          The
appeal is dismissed as moot.

 

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Higley and Massengale.